

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00143-CV

STEVE JOHNSTON, MANDY GARNER ELLIS, RICKY ELLIS, AND EGW UTILITIES, INC.                    APPELLANTS

V.

RIEX CO., L.P. D/B/A COWTOWN BOLT & GASKET CO.                    APPELLEE

----------

### FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Joint Motion To Set Aside Judgment Pursuant To Settlement Agreement And Remand To The Trial Court."

The motion is **GRANTED**. We set aside without regard to the merits the trial court's judgment and remand this case to the trial court for rendition of

---

[1]*See* Tex. R. App. P. 47.4.

judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINIOT, J.

DELIVERED:  August 31, 2011